| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Malley, Kathleen M. | U.S. District Court, N.D. Ohio | 5/13/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 801 W. Superior Avenue Rm 16A Cleveland, OH 44113-1840 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair | Judges' Committee, Federal Circuit Bar Association |
| 2. Member | US Judicial Conference Committee on Space & Facilities |
| 3. Member | Sixth Circuit Judicial Conference Space & Facilities Committee |
| 4. Member | Sixth Circuit Judicial Conference District Judge's Committee |
| 5. Chair | U.S. District Court, Northern District of Ohio, Space & Facilities Committee |
| 6. Advisor | U.S. District Court, Northern District of Ohio, Local Patent Rules Committee |
| 7. Member | National Academies, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence |
| 8. Advisory Board Member | University of Maryland School of Law, Intellectual Property Advisory Board |
| 9. Advisory Board Member | Sedona Conference |
| 10. Member | Case Law School, Dean's Advisory Committee |
| 11. Member | Case Law School, Society of Benchers |
| 12. Master Bencher | Anthony J. Celebrezze Inn of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

DISCLOSURE OFFICE 2010 MAY 14 A 11: 28 RECEIVED

O'Malley, Kathleen M.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 5/13/2010 |

<u>DATE</u>                                     <u>PARTIES AND TERMS</u>

1.

2.

3.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 5/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. 2009 | | Covington & Burling, LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Intellectual Property Owners Education Foundation | April 16-April 22, 2009 | Washington, DC | Educational/Faculty | registration, transportation, meals |
| 2. | Federal Circuit Bar Association | June 18-21, 2009 | Charleston, SC | Annual Conference | registration, transportation, lodging, meals |
| 3. | American College of Trial Lawyers | October 7-11, 2009 | Boston, MA | Annual Meeting | transportation, lodging, meals |
| 4. | American Intellectual Property Law Association | October 15-17, 2009 | Washington, DC | Annual Meeting/Speaker | registration; ground transportation, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 5/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☑ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | A. Description of Assets (Including trust assets) Place an (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., int., rent) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 | CITIBANK | D | Int. | O | T | | | | | |
| 2 | CASTLE HARLAN AFFILIATES IV-A ,LLP | D | DIST | K | U | | | | | |
| 3 | CASTLE HARLAND AFFILIATES V, LLP | A | DIV&INT | K | W | | | | | |
| 4 | MID-ATLANTIC FUND OF | | | | | | | | | |
| 5 | FUNDS II LP | A | DIV&INT | K | W | | | | | |
| 6 | THE DINNER CLUB I, LLC | A | INT | K | W | | | | | |
| 7 | DINNER CLUB I, LLC | B | DIST | K | U | | | | | |
| 8 | MID-ATLANTIC FUND OF FUNDS | E | DIST | K | U | | | | | |
| 9 | **Brokerage Account #1** | | | | | | | | | |
| 10 | ONE BEACON INS | A | DIV | J | T | | | | | |
| 11 | WHITE MTN INS | A | DIV | | | SELL | 9/15 | J | A | |
| 12 | WHITE MTN INS | A | DIV | | | SELL | 10/6 | J | A | |
| 13 | WHITE MTN INS | A | DIV | | | SELL | 10/8 | J | A | |
| 14 | BROWN & BROWN | A | DIV | J | T | | | | | |
| 15 | LEGG MASON STOCK | A | DIV | | | SELL | 2/13 | J | A | |
| 16 | MDC HOLDINGS (Y) | | | | | | | | | |
| 17 | MARTIN MARIETTA MTLS | A | DIV | J | T | | | | | |
| 18 | MOODY'S CORP (Y) | | | | | | | | | |
| 19 | ODYSSEY RE HOLDGS | A | DIV | | | SELL | 2/6 | J | A | |
| 20 | ODYSSEY RE HOLDGS | A | DIV | | | SELL | 2/9 | J | A | |
| 21 | ODYSSEY RE HOLDGS | A | DIV | | | SELL | 2/11 | J | A | |
| 22 | ODYSSEY RE HOLDGS | A | DIV | | | SELL | 10/27 | J | D | |
| 23 | MOHAWK INDUSTRIES | | NONE | | | SELL | 1/27 | J | A | |
| 24 | MOHAWK INDUSTRIES | | NONE | | | SELL | 1/28 | J | A | |
| 25 | MOHAWK INDUSTRIES | | NONE | | | SELL | 2/26 | J | A | |

| A. Description of Assets (Including trust assets) Place an (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., int., rent) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 26 MOHAWK INDUSTRIES | | NONE | | | SELL | 3/4 | J | A | |
| 27 MOHAWK INDUSTRIES | | NONE | | | SELL | 3/10 | J | A | |
| 28 RESERVE FUND INTERSTATE TAX EX (Y) | | | | | | | | | |
| 29 VANGUARD PRIME MONEY MKT | A | INT | J | T | | | | | |
| 30 BURLINGTON NORTHERN SANTA FE | A | DIV | J | T | | | | | |
| 31 FAIRFAX FINANCIAL | A | DIV | J | T | BUY | 9/11 | J | | |
| 32 FASTENAL CO | A | DIV | J | T | | | | | |
| 33 LEUCADIA NATIONAL CORP | | NONE | J | T | | | | | |
| 34 U.S. BANCORP DEL COM NEW | A | DIV | J | T | | | | | |
| 35 VULCAN MATERIALS CO | A | DIV | J | T | | | | | |
| 36 AMERICCREDIT CORP | | NONE | J | T | BUY | 10/27 | J | | |
| 37 | | | | | BUY | 10/28 | J | | |
| 38 | | | | | BUY | 12/3 | J | | |
| 39 | | | | | BUY | 12/4 | J | | |
| 40 | | | | | BUY | 12/8 | J | | |
| 41 | | | | | BUY | 12/17 | J | | |
| 42 | | | | | BUY | 12/18 | J | | |
| 43 BERKSHIRE HATHAWAY INC CL B | | NONE | J | T | BUY | 6/22 | J | | |
| 44 JPMORGAN CHASE & CO | A | DIV | J | T | | | | | |
| 45 YUM BRANDS INC | A | DIV | J | T | BUY | 2/27 | J | | |
| 46 ARCH CAPITAL GROUP LTD | | NONE | J | T | BUY | 12/17 | J | | |
| 47 | | | | | BUY | 12/18 | J | | |
| 48 **Brokerage Account #2** | | | | | | | | | |
| 49 UST STRIP INT | A | INT | J | T | SELL | 5/15 | | | |
| 50 UST STRIP INT | A | INT | J | T | SELL | 7/17 | | | |

| A. Description of Assets (Including trust assets) Place an (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., int., rent) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51 RESERVE FUND INTERSTATE TAX EX (Y) | | | | | | | | | |
| 52 VANGUARD PRIME MONEY MKT | A | INT | K | T | | | | | |
| 53 J.P. MORGAN CHASE & CO | | | | | BUY | 4/14 | J | | |
| 54 | | | | | SELL | 7/17 | J | A | |
| 55 FAIRFAX FINANCIAL HLDGS LTD | | | | | BUY | 9/11 | J | | |
| 56 | | | | | BUY | 10/29 | J | | |
| 57 | | | | | SELL | 10/29 | J | A | |
| 58 IRA #1 | | | | | | | | | |
| 59 BROWN & BROWN | A | DIV | J | T | | | | | |
| 60 LEGG MASON STOCK | A | DIV | | | SELL | 2/9 | J | A | |
| 61 | | | | | SELL | 2/10 | J | A | |
| 62 | | | | | SELL | 2/11 | J | A | |
| 63 | | | | | SELL | 2/12 | J | A | |
| 64 | | | | | SELL | 2/13 | J | A | |
| 65 MDC HOLDINGS (Y) | | | | | | | | | |
| 66 MARTIN MARIETTA MAT'LS | A | DIV | J | T | | | | | |
| 67 MOHAWK INDUSTRIES | | NONE | | | SELL | 1/27 | J | A | |
| 68 | | | | | SELL | 1/28 | J | A | |
| 69 | | | | | SELL | 2/26 | J | A | |
| 70 | | | | | SELL | 3/4 | J | A | |
| 71 | | | | | SELL | 3/10 | J | A | |
| 72 MOODY'S CORP | A | DIV | J | T | | | | | |
| 73 ODYSSEY RE HLDGS | A | DIV | | | SELL | 10/27 | K | E | |
| 74 ONE BEACON INS (Y) | | | | | | | | | |
| 75 WHITE MTN INS GROUP | A | DIV | | | SELL | 10/6 | J | A | |

| A. Description of Assets (Including trust assets) Place an (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., int., rent) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 76 YUM! BRANDS IND | A | DIV | K | T | | | | | |
| 77 NVR INC | A | DIV | J | T | | | | | |
| 78 BERKSHIRE HATHAWAY | | NONE | J | T | | | | | |
| 79 BURLINGTON NORTHERN | A | DIV | J | T | BUY | 1/14 | J | | |
| 80 | | | | | BUY | 1/22 | J | | |
| 81 | | | | | BUY | 1/23 | J | | |
| 82 FAIRFAX FINANCIAL HLDGS | B | DIV | L | T | BUY | 5/20 | J | | |
| 83 | | | | | BUY | 5/21 | J | | |
| 84 | | | | | BUY | 9/8 | K | | |
| 85 FASTENAL CO | A | DIV | J | T | BUY | 8/27 | J | | |
| 86 LEUCADIA NAT'L CORP | | NONE | J | T | | | | | |
| 87 US BANCORP DEL | A | DIV | J | T | BUY | 1/14 | J | | |
| 88 | | | | | BUY | 1/15 | J | | |
| 89 | | | | | BUY | 2/9 | J | | |
| 90 | | | | | BUY | 2/11 | J | | |
| 91 VULCAN MATERIALS CO | A | DIV | J | T | | | | | |
| 92 AMERICCREDIT CORP | | NONE | J | T | BUY | | | | |
| 93 JPMORGAN CHASE & CO | A | DIV | J | T | BUY | 4/14 | J | | |
| 94 MARKEL CORP HOLDING CO | | NONE | J | T | BUY | 3/16 | J | | |
| 95 MCDONALDS CORP | A | DIV | J | T | BUY | 8/26 | J | | |
| 96 SYSCO CORP | A | DIV | J | T | BUY | 5/11 | J | | |
| 97 ARCH CAPITAL GROUP LTD | | NONE | J | T | | | | | |
| 98 US GOV'T MONEY MARKET (X) | A | INT | J | T | | | | | |
| 99 VANGUARD PRIME MONEY MKT (X) | A | INT | K | T | | | | | |
| 100 **Charles Schwab 401k #1** | | | | | | | | | |
| 101 VANGUARD INST INEX | C | DIV | M | T | | | | | |
| 102 RAINIER SMALL/MIDCAP EQUITY | A | DIV | K | T | | | | | |
| 103 SCHWAB MNG RET TRUST-2010 | | NONE | M | T | | | | | |

| A. Description of Assets (Including trust assets) Place an (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., int., rent) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 104 SCHWAB MNG RET TRUST-2020 | | NONE | K | T | | | | | |
| 105 SCHWAB MNG RET TRUST - 2030 | | NONE | K | T | | | | | |
| 106 VANGUARD WELLINGTON ADM | C | DIV | L | T | | | | | |
| 107 COVINGTON PENSION PLAN CASH | | | | | | | | | |
| 108 BALANCE ACCT | E | INT | O | T | | | | | |
| 109 COVINGTON & BURLING PTNRSHP LLP | D | INT | O | W | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 5/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I.  2003-present Advisory Board Member  Sedona Conference

Part III (B)  2008 ░░░░░ Non-Investment Income at Covington & Burling, LLP

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544